IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BOBBY L. BIGHAM,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D16-3710

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed January 3, 2017.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Bobby L. Bigham, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

OSTERHAUS, JAY, and WINSOR, JJ., CONCUR.